1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  Robert.Freeman@lewisbrisbois.com
   FRANK A. TODDRE, II
3  Nevada Bar No. 11474
   Frank.Toddre@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   *Attorneys for Defendant State Farm Fire &*
7  *Casualty Company*

8                    **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF NEVADA, SOUTHERN DIVISION**

10                                    ***

| | |
|---|---|
| 11  KRISTIN RICH, | CASE NO.: 2:23-cv-00219-JAD-VCF |
| 12           Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 13      vs. | |
| 14  STATE FARM FIRE & CASUALTY COMPANY, Individually COMPANY; DOE INDIVIDUALS I-X and ROE CORPORATIONS I-V, inclusive, | ECF No. 15 |
| 15 | |
| 16           Defendants. | |

18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

126768524.1

IT IS HEREBY STIPULATED and AGREED by and between Plaintiff KRISTIN RICH ("Plaintiff"), by and through her counsel, LAW OFFICE OF ANDREW M. LEAVITT, ESQ., and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed with prejudice, with each party to bear their own attorney's fees and costs.

DATED this 11th day of August, 2023.          DATED this 31 day of July, 2023.

LEWIS BRISBOIS BISGAARD & SMITH          LAW OFFICE OF ANDREW M. LEAVITT

/s/ Frank A. Toddre, II                                         /s/ *signature*
ROBERT W. FREEMAN                                     ANDREW M. LEAVITT
Nevada Bar No. 3062                                         Nevada Bar No. 3989
FRANK A. TODDRE, II                                      633 South Seventh Street
Nevada Bar No. 11474                                      Las Vegas, Nevada 89101
6385 S. Rainbow Boulevard, Suite 600          *Attorneys for Plaintiff*
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

## ORDER

Based on the parties' stipulation [ECF No. 15] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 18, 2023